# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132916(69)

PONTIAC FIRE FIGHTERS UNION LOCAL
376,
        Plaintiff-Appellee,

v

CITY OF PONTIAC,
        Defendant-Appellant.
_____

SC: 132916
COA: 271497
Oakland CC: 2006-075367-CL

     On order of the Chief Justice, the motion by defendants-appellants for leave to file a post argument brief is considered and it is GRANTED.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.